IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| IN RE: NC SWINE FARM NUISANCE LITIGATION | Master Case No. 5:15-CV-13-BR |

**THIS DOCUMENT RELATES TO:**

**ALL CASES**

### PLAINTIFFS' NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF INJUNCTIVE AND EQUITABLE RELIEF CLAIM

Plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss, without prejudice, their claim for entry of injunctive and equitable relief (Count IV) in their Amended Complaints against Defendant, Murphy-Brown, LLC, in these 26 coordinated cases. (See list of cases at Exhibit A). Plaintiffs' remaining claims, for damages, are not dismissed by this notice.

Dated this 23rd day of March, 2015.

By: s/Mona Lisa Wallace
Mona Lisa Wallace
NCSB #9021
John Hughes
NCSB #22126
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
Phone: 704-633-5244
Fax: 704-633-9434
mwallace@wallacegraham.com
jhughes@wallacegraham.com

1

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on the 23rd day of March, 2015, I filed a true and correct copy of the above and foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys indicated on the NEF, including counsel for Defendant.

By: s/Mona Lisa Wallace
Mona Lisa Wallace
NCSB #9021

2

EXHIBIT A – LIST OF COORDINATED CASES

1. *Webb, et al. v. Murphy-Brown, LLC*, No. 4:14-cv-00152
2. *McMillon, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00181
3. *McGowan, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00182
4. *Gillis, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00185
5. *Anderson, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00183
6. *Farrior, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00184
7. *McKiver, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00180
8. *Collier, et al. v. Murphy-Brown, LLC*, No. 2:14-cv-00056
9. *Herring, E., et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00199
10. *Branch, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00200
11. *Lisane, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00201
12. *Miller v. Murphy-Brown, LLC*, No. 7:14-cv-00217
13. *Barton, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00218
14. *Blanks, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00219
15. *Baker, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00227
16. *Fullwood, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00228
17. *Faison, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00229
18. *Blow, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00232
19. *Herring, C., et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00233
20. *Humphrey, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00234
21. *Bennett, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00236
22. *Artis, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00237
23. *Cromartie, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00238
24. *Pearson, et al. v. Murphy-Brown, LLC*, No. 5:14-cv-00663
25. *Brown, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00245
26. *Atkinson, et al. v. Murphy-Brown, LLC*, No. 7:15-cv-00047