IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-00237-BR

| BEN ARTIS, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) ORDER |
| MURPHY-BROWN, LLC, | ) |
| Defendant. | ) |

This matter comes before the Court on Plaintiffs' Motion to Substitute Ben and Diane Artis for Leola Jacobs and John Taylor in the Third Trial Group, and For Expedited Resolution ("Motion to Substitute"). (Doc. 58.) The Court, having considered the parties' arguments, hereby GRANTS IN PART and DENIES IN PART Plaintiffs' Motion to Substitute. Plaintiffs' Motion to Substitute is GRANTED to the extent that John Taylor and the Estate of Leola Jacobs are moved from the Third Trial Group to the Eighth Trial Group. Plaintiffs' Motion to Substitute is DENIED with respect to Plaintiffs' request to substitute Ben Artis and Diane Artis in the Third Trial Group for John Taylor and the Estate of Leola Jacobs.

This 25 May 2018.

_____
W. Earl Britt
Senior U.S. District Judge