ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-237-BR



FILED IN OPEN COURT
ON 8/3/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

JAMES JACOBS, et al., )
  )
Plaintiffs, )
  )
v. ) VERDICT
  )
MURPHY-BROWN LLC, )
  )
Defendant. )

1. "Did the defendant substantially and unreasonably interfere with the plaintiff's use and enjoyment of his or her property?"

| | |
|---|---|
| James Jacobs | Answer: yes |
| Jimmy Carr | Answer: yes |
| Lucy Sidberry | Answer: yes |
| Joyce Messick | Answer: yes |
| Willie Messick | Answer: yes |
| Edna Allison | Answer: yes |

2. "What amount of damages, if any, is the plaintiff entitled to recover from the defendant?"

| | |
|---|---|
| James Jacobs | Answer: $ 5,000,000 |
| Jimmy Carr | Answer: $ 5,000,000 |
| Lucy Sidberry | Answer: $ 4,000,000 |

Case 7:14-cv-00237-BR  Document 221  Filed 08/03/18  Page 1 of 3

Joyce Messick        Answer: $ 3,000,000

Willie Messick        Answer: $ 3,000,000

Edna Allison        Answer: $ 3,500,000

3. "Is the defendant liable to the plaintiff for punitive damages?"

James Jacobs        Answer: yes

Jimmy Carr        Answer: yes

Lucy Sidberry        Answer: yes

Joyce Messick        Answer: yes

Willie Messick        Answer: yes

Edna Allison        Answer: yes

4. "What amount of punitive damages, if any, does the jury in its discretion award to the plaintiff?"

James Jacobs        Answer: $ 75,000,000

Jimmy Carr        Answer: $ 75,000,000

Lucy Sidberry        Answer: $ 75,000,000

Joyce Messick        Answer: $ 75,000,000

Willie Messick        Answer: $ 75,000,000

Edna Allison        Answer: $ 75,000,000

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

__8/3/18__
Date

3