IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM )
NUISANCE LITIGATION )
_____)

THIS DOCUMENT RELATES TO:
*Artis, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00237

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion, filed in the *Artis* case, of the movant, Edna Allison, Executor of the Estate of Leola Jacobs, requesting that she be substituted as Plaintiff. The Court notes that pursuant to Rule 25 of the Federal Rules of Civil Procedure, Plaintiff has filed a suggestion of death reflecting that Plaintiff Leola Jacobs had died. The Court notes that the Plaintiff represents that Edna Allison is duly qualified to act as the Executor of the Estate, Rule 25(a)(1) provides for substitution upon the death of a party.

Wherefore, the Court hereby grants the motion and orders that for purposes of the long-form caption of the matter, and the claim for Leola Jacobs the caption should be modified to substitute for the Plaintiff Leola Jacobs, the following: "Edna Allison, as Executor of the Estate of Leola Jacobs."

So ordered, this the 9th day of August, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge