UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00237-BR

| BEN ARTIS, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| MURPHY-BROWN, LLC d/b/a SMITHFIELD HOG PRODUCTION DIVISION, | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiffs' unopposed motion for pre- and post-judgment interest. (DE # 240.) The motion is ALLOWED. The award of compensatory damages shall bear interest at the rate set forth in N.C. Gen. Stat. § 24-1 from the date of the filing of the complaint, 17 October 2014, until the entry of judgment, per annum and without compounding. The total money judgment (i.e. compensatory damages, punitive damages, pre-judgment interest, and costs, if any) shall bear interest at the legal rate at the rate set forth in 28 U.S.C. § 1961(a) from the entry of judgment until paid, computed daily and compounded annually.

This 28 August 2018.

_____
W. Earl Britt
Senior U.S. District Judge