# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## No. 7:14-CV-00237-BR

| | |
|---|---|
| BEN ARTIS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| MURPHY-BROWN, LLC d/b/a SMITHFIELD HOG PRODUCTION DIVISION, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to direct entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). (DE # 231.) While they contest some of the arguments and characterizations of the evidence set forth in defendant's supporting memorandum, plaintiffs consent to the relief requested. (DE # 253.) For the reasons set forth in the 31 August 2018 order on a similar motion in the related case of McKiver v. Murphy-Brown, LLC, No. 7:14-CV-180-BR (DE # 317), defendant's motion is ALLOWED. The Clerk is DIRECTED to enter judgment on the 3 August 2018 verdict (as modified by the court's post-verdict orders) in a form consistent with the judgment entered in McKiver.

This 17 October 2018.

_____
W. Earl Britt
Senior U.S. District Judge