IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-237-BR

BEN ARTIS, et al.,                  )
                                      )
        Plaintiffs,           )
                                        )
        v.                   )        **ORDER ON BILL OF COSTS**
                                        )
MURPHY-BROWN LLC,        )
                                        )
        Defendant.        )

This matter is before the clerk on the application for costs [DE-272] filed by plaintiffs and the motion for disallowance of costs [DE-279] filed by defendant.

Defendant's appeal [DE-2940] remains pending in the Fourth Circuit Court of Appeals. Given the pending appeal in this matter, the clerk DENIES the application for costs and motion for disallowance of costs WITHOUT PREJUDICE, and grants permission to the parties to refile and incorporate their prior filings by reference following the issuance of the mandate of the court of appeals, if appropriate.

SO ORDERED. This the 25day of September, 2019.

_____
Peter A. Moore, Jr.
Clerk of Court